

**IRS** Department of the Treasury
Internal Revenue Service

10 Metrotech Center
Brooklyn, NY 11201

**Chapter and Case Number:**
7A 8-04-85727-DTE
**Person to Contact:**
ENRIQUE GONZALEZ
**Contact Telephone Number:**
718-488-2751
**Employee Fax Number:**
(718) 488-2709
**Employee Identification Number:**
22-05362

Date: August 20, 2009

DOROTHY EISENBERG
U.S. BANKRUPTCY COURT
290 FEDERAL PLAZA
CENTRAL ISLIP, NY 11772

Debtor: LYNN CAROL SCHNEIDER
Bankruptcy Filed September 8, 2004

This is to certify that the records of the Internal Revenue Service reflect that the taxpayer was not liable for the amount shown on the Proof of Claim filed on behalf of the Internal Revenue Service on 05/14/2008 and the claim is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ LYNN SEXTON
Group 5 Manager

cc: LYNN CAROL SCHNEIDER
     TODD E DUFFY

Letter 3931CG (11-2004)
Catalog Number 38952B

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: LYNN CAROL SCHNEIDER | Case Number: 8-04-85727-DTE |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Telephone number: 1-800-913-9358       Creditor Number:

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number: ___
(If known)

Filed on: ___

Name and address where payments should be sent (if different from above)
Internal Revenue Service
P.O. Box 21125
Philadelphia, PA  19114

Telephone Number: 1-800-913-9358

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $ 4,431.39

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

■ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim:    Taxes
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor:    See Attachment

   3a. Debtor may have scheduled account as: ___
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe:

   Value of Property: $___    Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $___    Basis for perfection: ___

   Amount of Secured Claim: $___    Amount Unsecured: $___

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$ 3,208.78

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 05/14/2008

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ BERNARD KAROFF
REVENUE OFFICER ADVISOR
(718) 488-2724

Internal Revenue Service
10 Metrotech Center
Brooklyn, NY  11201

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.*