UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
-------------------------------------------------------------x
In re:                                                                          Chapter 7
                                                                                Case No. 04-85727-DTE
LYNN CAROL SCHNEIDER,

                       Debtor.
-------------------------------------------------------------x

## ORDER VACATING THE AUTOMATIC STAY

      Upon the Notice of Presentment and Motion of R. Kenneth Barnard, Esq., the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Lynn Schneider (the "Debtor") by his attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order: (i) vacating the automatic stay, under Bankruptcy Code § 362(d)(1) of the Bankruptcy Code, to allow the continuation of the proceedings pending New York State Supreme Court, Appellate Division: Second Judicial Department (the "State Court"), in an action captioned <u>In the Matter of Long Island Forum for Technology, Et. Al. v. New York State Division of Human Rights, Et. Al.</u>, Index No. 18425-07, for the State Court to allow the Trustee on behalf of the Debtor's estate to confirm and collect an award of approximately $500,000.00 (the "Award") granted to the Debtor from a sexual discrimination law suit against Long Island Forum for Technology, <u>et al.</u>; and (ii) granting Trustee such other, further and different relief as this Court deems proper (the "Motion"); and the Motion having been presented on August 20, 2009; and no opposition been filed; and after due consideration of all the facts and circumstances herein, and upon the Affidavit of Service of the Motion on file with the Court, it is

**ORDERED**, that the Automatic Stay contained in §362 of the Bankruptcy Code be, and hereby is, modified and vacated to allow the proceedings before the Supreme Court of the State of New York, Appellate Division, Second Judicial Department, in the action captioned <u>In the Matter of Long Island Forum for Technology, Et. Al. v. New York State Division of Human Rights, Et. Al.</u>, Index No. 18425-07, to continue; and

**ORDERED**, that the Trustee is authorized and empowered to take such steps, to do such things, and execute such documents as may reasonably be necessary to implement the terms and conditions of this Order.

Dated: Central Islip, New York
*September 11*, 2009

*s/ Dorothy Eisenberg*
HONORABLE DOROTHY T. EISENBERG
UNITED STATES BANKRUPTCY JUDGE