Dear Judge Scarcella:

Being an engineer was what defined me. Being fired from LIFT took away who I identified with personally and professionally. I didn't realize what was happening to me though the people around me did. I fell deeper and deeper into a depression and unable to cope. During the 21 year span, my sister had a son who is now 21, another who is 19 and my brother had a son who is now 20. I don't have any recollection of any of those years. I was robbed, of the time I should have had with them as I had with my older nieces and nephews and of my life.

The harassment and firing me not only caused the PTSD, but changed my life immensely. When I was on SSI, I received enough food stamps barely to sustain myself. When I received SSD, my food stamps were reduced to $16 a month. I was too embarrassed and humiliated to tell anyone the situation I was in or to go to a food pantry so I went without food for days at a time. I was too ashamed and proud to ask my friends for help. I was a week away from being evicted from my apartment before I was awarded my SSD.

I was always able to pay for my medical benefits and medications prior to LIFT firing me. The excessive stress from the harassment and the long drawn out 21 year legal nightmare compromised my health and caused Depression and PTSD. Although I am grateful that I have medical coverage through public assistance, I am truly humiliated and embarrassed to have been put in this situation by LIFT's actions.

The trustee allowed LIFT to settle for a virtually nothing when the amount of my bankruptcy was only $39,500. For the trustee to think that settling for that amount was just after 21 years and what they did to me was incomprehensible. I had a breakdown, lived in a prison within myself, while Dick Cordani and Walter Mickle lived their lives as if nothing happened. I felt the trustee slapped me in the face too.

The trustee knew that I wouldn't get any money. I am on SSD, Medicare, Medicaid, Part D and Section 8. I have to pay my SSD 'overage' into a NYSARC Community Trust (a disability special needs trust) each month in order to get the 26 medications I need to take every day. Without the assistance, I could not pay for the medication I need. Without LIFT destroying my life, I would have been able to pay for the medication myself.

I know you are looking to be fair and in my best interest. If I were to get any award to help me and it doesn't go directly into my trust for my benefit, LIFT and the trustee got what they wanted.

It is my hope that once this is resolved and the bankruptcy is taken care of, it will no longer be held against me. I have been held in this situation far too long.

Your Honor, I am a private person. To share with you and the court my inner personal journey is difficult and embarrassing but I feel it is important for you to understand how this has affected my life.

Respectfully,

Lynn Schneider