UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                Chapter 7

Lynn Carol Schneider,                                       Case No. 04-85727-las

                       Debtor.
-----------------------------------------------------------X

## **ORDER APPROVING FINAL REPORT AND AWARDING FINAL COMPENSATION**

R. Kenneth Barnard, Esq., the chapter 7 trustee of the above-captioned bankruptcy estate (the "Trustee"), having submitted the Final Report [Dkt. No. 145] for approval of this Court; and final applications for compensation and reimbursement of expenses having been filed by LaMonica Herbst & Maniscalco, LLP, as attorneys for the Trustee [Dkt. No. 148], Elizabeth A. Mason, Esq., as special counsel for the Trustee and pre-petition counsel for the Debtor [Dkt. Nos. 133 and 141], and Thomas E. Wisnieski CPA, P.C., as accountants for the Trustee [Dkt. No. 147]; and the parties having agreed to a voluntary reduction of their respective requested compensation; and a Statement of No Objection having been filed by the Office of the United States Trustee on November 22, 2016; and the Debtor having filed an objection to the Final Report [Dkt. No. 154]; and the Court having held a hearing on December 15, 2016; and after due deliberation and consideration of all of the facts and circumstances herein, it is hereby

       ORDERED that the Trustee's Final Report is approved; and it is further

       ORDERED that the Trustee is awarded compensation in the sum of $9,000.00 and expenses in the amount of $0.00, and he is authorized to remit payment to himself in that amount; and it is further

       ORDERED that LaMonica Herbst & Maniscalco, LLP is awarded compensation in the sum of $24,000.00 and expenses in the amount of $0.00, and the Trustee is authorized to remit payment to LaMonica Herbst & Maniscalco, LLP in that amount; and it is further

ORDERED that Elizabeth A. Mason, Esq. is awarded compensation in the sum of $179,000 and expenses in the amount of $0.00, and the Trustee is authorized to remit payment to Elizabeth A. Mason, Esq. in that amount; and it is further

ORDERED that Thomas E. Wisnieski CPA, P.C. is awarded compensation in the sum of $750 and expenses in the amount of $0.00, and the Trustee is authorized to remit payment to Thomas E. Wisnieski CPA, P.C. in that amount; and it is further

ORDERED that the Trustee is authorized to perform such acts, pay such awards, and execute such documents as are necessary to implement the terms and conditions of this Order.



**Dated: December 15, 2016**  
**Central Islip, New York**

**Louis A. Scarcella**  
**United States Bankruptcy Judge**