# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:  SCHNEIDER, LYNN CAROL | § | Case No. 804-85727-LAS |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $0.00
*(without deducting any secured claims)*

Assets Exempt:  $0.00

Total Distribution to Claimants: $40,356.36

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration: $229,583.84

3)  Total gross receipts of $    300,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    30,059.80  (see **Exhibit 2**), yielded net receipts of  $269,940.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 255,226.14 | 229,583.84 | 229,583.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,298.78 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,064.93 | 40,356.36 | 40,356.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $301,589.85 | $269,940.20 | $269,940.20 |

4)  This case was originally filed under Chapter 7 on September 08, 2004. The case was pending for 152 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2017          By:  /s/R. KENNETH BARNARD, ESQ.
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit - "Schnieder v LIFT, et al" | 1129-000 | 300,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$300,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SCHNEIDER, LYNN CAROL | Dividend paid 100.00% on $30,059.80; Claim# SURPLUS; Filed: $30,059.80; Reference: | 8200-002 | 30,059.80 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,059.80** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Other - United States Treasury | 2810-000 | N/A | 8,663.00 | 8,663.00 | 8,663.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - NYS Income Tax | 2820-000 | N/A | 3,140.00 | 3,140.00 | 3,140.00 |
| Other - LaMonica Herbst & Maniscalco, LLP | 3210-000 | N/A | 24,000.00 | 24,000.00 | 24,000.00 |
| Other - Paritz & Company, P.A. | 3410-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - Thomas Wisnieski CPA, P.C. | 3410-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - Elizabeth A. Mason, Attorney | 3210-000 | N/A | 179,000.00 | 179,000.00 | 179,000.00 |
| Other - LaMonica Herbst & Maniscalco, LLP | 3210-000 | N/A | 24,442.30 | 0.00 | 0.00 |
| Other - Thomas Wisnieski, CPA | 3410-000 | N/A | 1,200.00 | 0.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.75 | 114.75 | 114.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 415.82 | 415.82 | 415.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 472.58 | 472.58 | 472.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 414.58 | 414.58 | 414.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 414.01 | 414.01 | 414.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 470.52 | 470.52 | 470.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 412.78 | 412.78 | 412.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 469.07 | 469.07 | 469.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 425.76 | 425.76 | 425.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 410.97 | 410.97 | 410.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $255,226.14 | $229,583.84 | $229,583.84 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Internal Revenue Service | 5800-000 | N/A | 3,298.78 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,298.78 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Midland Credit Management, Inc. as agent for | 7100-000 | N/A | 1,214.79 | 1,214.79 | 1,214.79 |
| 2 | GE Money Bank | 7100-000 | N/A | 1,575.96 | 0.00 | 0.00 |
| 3 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 18,267.61 | 18,267.61 | 18,267.61 |
| 5 | American Express Bank FSB | 7100-000 | N/A | 19,298.00 | 19,298.00 | 19,298.00 |
| 6 | Midland Credit Management, Inc. | 7100-000 | N/A | 1,575.96 | 1,575.96 | 1,575.96 |
| 7U | Internal Revenue Service | 7100-000 | N/A | 1,132.61 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $43,064.93 | $40,356.36 | $40,356.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 804-85727-LAS

**Case Name:** SCHNEIDER, LYNN CAROL

**Period Ending:** 04/24/17

**Trustee:**    (520840)    R. KENNETH BARNARD, ESQ.

**Filed (f) or Converted (c):** 09/08/04 (f)

**§341(a) Meeting Date:** 10/12/04

**Claims Bar Date:** 03/11/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lawsuit - "Schnieder v LIFT, et al" | 0.00 | 300,000.00 | | 300,000.00 | FA |
| **1** | **Assets**    **Totals** (Excluding unknown values) | **$0.00** | **$300,000.00** | | **$300,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    November 18, 2016  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 804-85727-LAS
**Case Name:** SCHNEIDER, LYNN CAROL

**Taxpayer ID #:** **-***4550
**Period Ending:** 04/24/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)
**Bank Name:** Rabobank, N.A.
**Account:** ******2866 - Checking Account
**Blanket Bond:** $77,628,510.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/16 | {1} | LaMonica, Herbst & Maniscalco LLP | roceeds from Settlement of Sexual Harassment suit against Richard Cordani and Long Island Forum for Technology | 1129-000 | 300,000.00 | | 300,000.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.75 | 299,885.25 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 415.82 | 299,469.43 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 472.58 | 298,996.85 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.58 | 298,582.27 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.01 | 298,168.26 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 470.52 | 297,697.74 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 412.78 | 297,284.96 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 469.07 | 296,815.89 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 425.76 | 296,390.13 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 410.97 | 295,979.16 |
| 12/16/16 | 101 | Thomas Wisnieski CPA, P.C. | Dividend paid 100.00% on $750.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 750.00 | 295,229.16 |
| 12/16/16 | 102 | LaMonica Herbst & Maniscalco, LLP | Dividend paid 100.00% on $24,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 24,000.00 | 271,229.16 |
| 12/16/16 | 103 | R. KENNETH BARNARD, ESQ. | Dividend paid 100.00% on $9,000.00, Trustee Compensation;  Reference: | 2100-000 | | 9,000.00 | 262,229.16 |
| 12/16/16 | 104 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 261,969.16 |
| 12/16/16 | 105 | Paritz & Company, P.A. | Dividend paid 100.00% on $750.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 750.00 | 261,219.16 |
| 12/16/16 | 106 | United States Treasury | Dividend paid 100.00% on $8,663.00, Income Taxes - Internal Revenue Service (post-petition);  Reference: | 2810-000 | | 8,663.00 | 252,556.16 |
| 12/16/16 | 107 | NYS Income Tax | Dividend paid 100.00% on $3,140.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 3,140.00 | 249,416.16 |
| 12/16/16 | 108 | Elizabeth A. Mason, Attorney | Dividend paid 100.00% on $179,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 179,000.00 | 70,416.16 |
| 12/16/16 | 109 | Midland Credit Management, Inc. as agent for | Dividend paid 100.00% on $1,214.79; Claim# 1 -2; Filed: $1,214.79; Reference: | 7100-000 | | 1,214.79 | 69,201.37 |

Subtotals :          $300,000.00        $230,798.63

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 804-85727-LAS

**Case Name:** SCHNEIDER, LYNN CAROL

**Taxpayer ID #:** **-***4550

**Period Ending:** 04/24/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)

**Bank Name:** Rabobank, N.A.

**Account:** ******2866 - Checking Account

**Blanket Bond:** $77,628,510.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/16/16 | 110 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $18,267.61; Claim# 3; Filed: $18,267.61; Reference: | 7100-000 | | 18,267.61 | 50,933.76 |
| 12/16/16 | 111 | American Express Bank FSB | Dividend paid 100.00% on $19,298.00; Claim# 5; Filed: $19,298.00; Reference: | 7100-000 | | 19,298.00 | 31,635.76 |
| 12/16/16 | 112 | Midland Credit Management, Inc. | Dividend paid 100.00% on $1,575.96; Claim# 6; Filed: $1,575.96; Reference: | 7100-000 | | 1,575.96 | 30,059.80 |
| 12/16/16 | 113 | SCHNEIDER, LYNN CAROL | Dividend paid 100.00% on $30,059.80; Claim# SURPLUS; Filed: $30,059.80; Reference: | 8200-002 | | 30,059.80 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **300,000.00** | **300,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **300,000.00** | **300,000.00** | |
| Less: Payments to Debtors | | 30,059.80 | |
| **NET Receipts / Disbursements** | **$300,000.00** | **$269,940.20** | |

| | |
|---|---|
| Net Receipts : | 300,000.00 |
| Less Payments to Debtor : | 30,059.80 |
| Net Estate : | $269,940.20 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2866** | **300,000.00** | **269,940.20** | **0.00** |
| | **$300,000.00** | **$269,940.20** | **$0.00** |

{} Asset reference(s)